THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DHD TRUCKING LLC, a Washington limited liability company, <br><br> Defendant. <br> . | NO. C21-00656-MJP <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER comes before the Court on Plaintiff's Motion to Continue Court Dates. (Dkt. No. 5.) Upon consideration, the Court GRANTS the Motion and ORDERS as follows:

    Deadline for FRCP 26(f) conference……………..August 11, 2021

    Initial Disclosures Pursuant to FRCP 26(a)………August 18, 2021

    Combined Joint Status Report and Discovery
     Plan as Required by FRCP 26(f), and Local
      Rule CR 16…………………………………….August 25, 2021

\\
\\
\\
\\

Dated this 12th day of July, 2021.

*Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge