UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC, <br><br> Plaintiff, <br><br> v. <br><br> DHD TRUCKING LLC, <br><br> Defendant. | CASE NO. C21-656 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court set August 25, 2021 as the deadline by which the parties had to file their joint status report. (Dkt. No. 6.) On August 23, 2021, Plaintiff filed for default against Defendant, and the Court granted the motion on August 30, 2021. (Dkt. Nos. 10, 11.) The Court ORDERS Plaintiff to either file a joint status report or a motion for default judgment by no later than October 19, 2021. Failure to abide by this Order may result in dismissal for failure to prosecute.

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed October 5, 2021.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Serge Bodnarchuk<br>
Deputy Clerk

MINUTE ORDER - 2